IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAJA H. DUMBUYA,

                Plaintiff,

  v.                                      OPINION and ORDER

FRANK BISIGNANO                        25-cv-264-amb
Commissioner of Social Security,

                Defendant.

---

On August 18, 2025, the court granted the parties' joint motion to remand this case. Dkt. 11. Now before the court is the parties' joint motion for an award of attorney fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA) in the amount of $7,000.00. Dkt. 17.

Having reviewed the materials submitted in support of the motion and hearing no objection from either party, the court GRANTS the motion. Plaintiff is awarded fees and expenses in the amount of $7,000.00. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Konoski & Partners, P.C., pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

    Konoski & Partners, PC
    180 Tices Lane
    Suite 204, Bldg. A
    East Brunswick, NJ 08816

In light of this order, plaintiff's original motion for fees, Dkt. 13, is denied as moot.

Entered January 8, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge